UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JERIXON NOMAR CAMPOS CASTRO, KEYDI LILLY BERMUDEZ URBINA, J.I.C.B. MINOR,<br>*Petitioners*<br><br>v.<br><br>TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, U.S. ATTORNEY GENERAL, WARDEN OF THE DILLEY IMMIGRATION PROCESSING CENTER, MIGUEL VERGARA, FIELD OFFICER DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE,<br>*Respondents* | Case No. SA-25-CA-01930-XR |

## **FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioners' petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated January 16, 2026. Petitioners shall be released from detention in accordance with that Order.

It is so **ORDERED**.

**SIGNED** this 16th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE